# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. JOSEPH PARSON                                    Docket No. 3:01CR00239(SRU)

## PETITION ON PROBATION AND SUPERVISED RELEASE

  **COMES NOW** Paul Collette, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Joseph Parson, who was sentenced to 80 months' imprisonment for a violation of 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm, by the Honorable Stefan R. Underhill, U.S. District Judge, sitting in the court at Bridgeport, Connecticut, on April 29, 2002, who fixed the period of supervision at 3 years, which commenced on June 7, 2007, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant will participate in a substance abuse program either on an inpatient or outpatient basis, as directed by the United States Probation Office which may include random urinalysis testing to determine if the defendant used drugs; 2) The defendant will participate in a program of mental health evaluation, counseling, and treatment as directed by the United States Probation Office. The defendant's supervision is scheduled to terminate on June 5, 2010.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of probation:

Charge No. 1 - Condition Violated
Standard Condition: "The defendant shall not commit another federal, state or local offense."

On March 19, 2008, at approximately 12:25 p.m., the TD Bank branch, located at 951 Stratford, Avenue, Stratford, Connecticut, was robbed at gunpoint by two males. During the commission of the bank robbery, one of the armed males dropped a piece of tissue paper on the floor of the bank. A subsequent DNA analysis performed by the Connecticut Department of Public Safety Forensic Science Lab DNA Unit of the tissue confirmed the sample contained the DNA of Joseph Parson.

Charge No. 2 - Condition Violated
Standard Condition: "The defendant shall not commit another federal, state or local offense."

The defendant was arrested by the New Haven Police Department on June 23, 2008, in the Farnham Housing Project, New Haven, and charged with the following: Possession of Narcotics, Criminal Trespass 1st Degree, Sale of Certain Illegal Drugs, Possession of a Controlled Substance with 1,500 feet of a School. Mr. Parsons was arrested after being found in possession of 19 orange ziploc packets containing crack cocaine. He has a pending case under Docket # CR-08-81309-S in New Haven Superior Court. His next court date is October 6, 2008.

Charge No. 3 - Condition Violated
Standard Condition: "The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer."

Mr. Parson was arrested by the New Haven Police Department on June 23, 2008, and charged with the following: Possession of Narcotics, Criminal Tresspass 1st Degree, Sale of Certain Illegal Drugs, Possession of a Controlled Substance with 1,500 feet of a School. Mr. Parsons was arrested after being found in possession of 19 orange ziploc packets containing crack cocaine. Mr. Parsons failed to notify the probation office within 72 hours of his arrest. The probation officer was only made aware of the arrest when Mr. Parson's defense attorney telephoned the Probation Office on July 1, 2008.

<u>Charge No. 4 - Condition Violated</u>
Standard Condition: "The defendant shall not associate with persons engaged in criminal activity, and shall not associate with person convicted of a felony, unless granted permission to do so by the probation officer."

On August 26, 2008, Senior U.S. Probation Officer Paul Collette accompanied the defendant to his vehicle following an office appointment. The officer discovered another federal offender, David Quinones, who is also on supervised release, sitting in the passenger side of Mr. Parson's vehicle. The defendant was never granted permission to associate with Mr. Quinones, nor did the defendant provide any plausible explanation for doing so.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue, with the period of supervised release tolled.

**ORDER OF COURT**

Considered and ordered this 5th day of September 2008 and ordered filed and made a part of the records in the above case.

/s/ Stefan R. Underhill, USDJ
The Honorable Stefan R. Underhill
United States District Judge

Sworn to By

Paul Collette
Senior United States Probation Officer

Place: Bridgeport, CT
Date: September 5, 2008

Before me, the Honorable Stefan R. Underhill, United States District Judge, on this 5th day of September 2008 at Bridgeport, Connecticut, Senior U.S. Probation Officer Paul Collette appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

/s/ Stefan R. Underhill, USDJ
The Honorable Stefan R. Underhill
United States District Judge